**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SOUTHEAST ALASKA CONSERVATION
COUNCIL; SIERRA CLUB; LYNN
CANAL CONSERVATION,
                    *Plaintiffs-Appellants,*

                    v.

UNITED STATES ARMY CORPS OF
ENGINEERS; TIMOTHY J. GALLAGHER
Colonel, in his official capacity as
District Engineer; LARRY L.
REEDER, in his official capacity of
Chief of the Regulatory Branch;
DOMINIC IZZO, in his official
capacity as Principal Deputy
Assistant Secretary of the Army
(Civil Works); UNITED STATES
FOREST SERVICE,
                    *Defendants-Appellees,*

COEUR ALASKA, INC.; GOLDBELT,
INC.; STATE OF ALASKA,
    *Defendant-intervenors-Appellees.*

No. 06-35679

D.C. No.
CV-05-00012-J-JKS
District of Alaska,
Juneau

ORDER


On Remand from the United States Supreme Court

Filed August 31, 2009

Before: Procter Hug, Jr., A. Wallace Tashima and
Susan P. Graber, Circuit Judges.

12075

# ORDER

This case returns to us on remand from the Supreme Court of the United States. *Southeast Alaska Conservation Council v. U.S. Army Corps of Engineers*, 486 F.3d 638 (9th Cir. 2007), *reversed and remanded by* 129 S.Ct. 2458 (2009). We, in turn, remand to the district court for further proceedings consistent with the Supreme Court's opinion.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.